# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 15-7912 DSF | Date 10/22/15 |

| | |
|---|---|
| Title | In re: YKA Industries, Debtor:  G. Bryan Brannan, Appellant v. Andrew Krayndler, Appellee |

Present: The Honorable  **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order To Show Cause Re Dismissal For Lack Of Prosecution

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed with the Clerk of the Bankruptcy Court the pleadings/filing fee necessary to cause that Court to file a Certificate of Readiness with the District Court.

Appellant is Ordered to Show Cause no later than **November 2, 2015,** why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.